PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EMANUEL VASQUEZ-GOMEZ, <br><br> Defendant. | CASE NO. 1:20-CR-00259-DAD-1 <br><br> STATEMENT OF NON-OPPOSITION;ORDER <br><br> DATE: May 23, 2022 <br> TIME: 9:00 a.m. <br> COURT: Hon. Dale A. Drozd |

On May 6, 2022, Defendant filed a motion to dismiss the above-captioned matter. (Doc. No. 25.) Specifically, the motion to dismiss addresses the Supervised Release Violation Petition ("the Petition") filed on April 15, 2022 alleging a violation of the terms of supervised release on April 14, 2022 for use of a controlled substance. (Doc. No. 18.) The defendant was ordered detained. (Doc. No. 22.)

In the interests of justice, the United States, by and through its undersigned attorneys, declines to oppose the motion to dismiss, and hereby requests that the Court dismiss the Petition without prejudice and that the dismissal be entered on May 9, 2022, or as soon thereafter as practicable so that the defendant may be released from custody, and that the Preliminary Hearing set for May 19, 2022 and the hearing on the Motion to Dismiss set for May 23, 2022 be vacated. A proposed order follows.

///

///

1

Dated: May 9, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ LAURA JEAN BERGER
LAURA JEAN BERGER
Assistant United States Attorney

**ORDER**

Upon the United States' Statement of Non-Opposition, and for good cause shown, the Supervised Release Violation Petition filed herein on April 15, 2022, in the above-captioned matter is dismissed without prejudice and the Preliminary Hearing set for May 19, 2022 and the hearing on the Motion to Dismiss set for May 23, 2022 are vacated.

IT IS SO ORDERED.

Dated: **May 9, 2022**

_____
UNITED STATES DISTRICT JUDGE