HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EMANUEL VASQUEZ-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00259-DAD-1 |
| Plaintiff, | **ORDER FOR RELEASE** |
| vs. | |
| EMANUEL VASQUEZ-GOMEZ, | |
| Defendant. | |

On April 15, 2022, this Court issued a warrant for the arrest of defendant Emanuel Vasquez-Gomez based on the allegations contained in a Petition for Warrant or Summons for Offender Under Supervision. The United States Marshal Service arrested Mr. Vasquez-Gomez on May 4, 2022, and Mr. Vasquez-Gomez is currently at the Lerdo Pre-Trial Facility awaiting resolution of the Petition.

By separate order, this Court has granted the defense's motion to dismiss the pending Petition for lack of jurisdiction. Accordingly, the Court hereby orders that defendant Emanuel Vasquez-Gomez (DOB 4/15/1999) shall be immediately released from the Lerdo Pre-Trial Facility in Kern County.

IT IS SO ORDERED.

Dated: __May 9, 2022__

UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kikrland:  Order for Release