PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00259-ADA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| EMANUEL VASQUEZ-GOMEZ, | |
| Defendant. | |

## BACKGROUND

This matter is currently scheduled for a status conference on **September 12, 2022** as to defendant Vasquez-Gomez regarding the Supervised Release Violation in this case. The parties request that the status conference be continued to **October 6, 2022**. The parties request additional time to resolve the violation.

A proposed order appears below.

//

//

//

//

//

//

1

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference as to the supervised release violation currently set for September 12, 2022 be continued to October 6, 2022.

                                                Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

DATED: September 9, 2022            By:    /s/ *Laura Jean Berger*
                                                              LAURA JEAN BERGER
                                                              Assistant United States Attorney

DATED: September 9, 2022            By:    /s/ *Adilene Flores Estrada*
                                                               ADILENE FLORES ESTRADA
                                                              Attorney for Emanuel Vasquez-Gomez

## ORDER

IT IS SO ORDERED that the status conference is continued from September 12, 2022, to **October 6, 2022, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:   **September 9, 2022**                /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE