Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: (209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for EMANUEL VASQUEZ-GOMEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMANUEL VASQUEZ-GOMEZ,<br><br>Defendant. | No. 1:20-CR-00259-DC<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ADILENE FLORES ESTRADA AS ATTORNEY OF RECORD AND [PROPOSED] ORDER** |

On September 2, 2022 Emanuel Vasquez-Gomez made his first court appearance regarding a Violation of Supervised Release. Doc #34. CJA Panel Attorney Adilene Flores Estrada was appointed as trial counsel to represent Mr. Vasquez-Gomez on September 15, 2022. Mr. Vasquez-Gomez was sentenced on October 24, 2022. The time for filing a direct appeal has passed. No direct appeal was filed. Mr. Vasquez-Gomez was in custody at sentencing. The trial phase of Mr. Vasquez-Gomez' criminal case has, therefore, come to an end. Having completed her representation of Mr. Vasquez-Gomez, CJA attorney Adilene Flores Estrada now moves to terminate her appointment under the Criminal Justice Act.

1     Should Mr. Vasquez-Gomez require further legal assistance he has been advised to
2 contact the Office of the Federal Defender for the Eastern District of California by mail at 2300
3 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-
4 4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.
5 Dated:   June 3, 2025                    Respectfully submitted,

7                                   /s/Adilene Flores Estrada
8                                   Adilene Flores Estrada Attorney for
                                  Emanuel Vasquez-Gomez

**ORDER**

The court, having received, read and considered the Motion to Terminate CJA Appointment finds that Attorney Adilene Flores Estrada has completed the services for which the appointment was made. Accordingly, the Motion filed at Document Number 48 is GRANTED and Attorney Adilene Flores Estrada is TERMINATED as counsel of record for Defendant Emanuel Vasquez-Gomez. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Emanuel Vasquez-Gomez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

USM Number: 21281-041
Last Known Address
Fresno County Jail
North Jail – 5th Floor
1225 M Street
Fresno, CA 93721

IT IS SO ORDERED.

Dated: **June 9, 2025**

_____
Dena Coggins
United States District Judge